**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

**BY ECF**  3/4/2020

February 28, 2020

3/4/2020

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Matter adj to March 24, 2020
At 2:30, before Judge Abrams.
Time is excluded through
March 24, in the interest
of justice.

Re: *United States v. Cepeda-Nova*, No. 19 Cr. 799 (CM)

Dear Chief Judge McMahon:

The parties have recently been informed that the defendant in this case has been accepted into this Court's Young Adult Opportunity Program. An initial proceeding before the Honorable Ronnie Abrams and the Honorable Sarah Netburn has been scheduled for March 24, 2020 at 2:30 p.m., at which time it is expected that this case will be reassigned to Judge Abrams. Accordingly, the parties respectfully request that this Court adjourn the status conference currently scheduled for March 11, 2020 at 2:30 p.m.

The Government also moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until March 24, 2020. An exclusion of time would be in the interest of justice because it will allow the defendant to participate in pretrial diversion. The defense consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc: Amy Lester, Esq. (by ECF)