# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Amy Lester
Direct Dial: (646) 930-1066
Cell:          (917) 273-9480
alester@pkbllp.com

November 12, 2020

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Rainedy Cepeda-Nova*, 19 Cr. 799 (RA)
    **YAOP Participant**

Dear Judge Abrams:

  I am CJA counsel for Rainedy Cepeda-Nova in the above-referenced matter. Regretfully, I am writing to inform you that I have resigned from the CJA Panel for the Southern District of New York because I am leaving my current law firm and relocating out of state at the end of November. Accordingly, I respectfully request that the Court assign replacement counsel to represent Mr. Cepeda-Nova for all future purposes, as necessary.

                Respectfully submitted,

                Amy Lester

cc: Jacob Fiddelman
   Assistant United States Attorney

   Rena Bolin
   U.S. Pretrial Services Officer

A conference to address this matter is scheduled for November 17, 2020 at 11:30 a.m. and will be held by telephone.

Counsel shall call in (888) 363-4749 and enter access code 1015508.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 12, 2020